UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION


ANNIE MCGOWAN                                              PLAINTIFF


VS.                              CIVIL ACTION NO. 3:19CV44TSL-JCG


COMMISSIONER OF SOCIAL SECURITY                           DEFENDANT


ORDER


    This cause is before the court on the report and recommendation
of United States Magistrate Judge John C. Gargiulo entered on November
1, 2019, recommending that the government's motion to affirm the
decision of the commissioner be granted.  Plaintiff, Annie McGowan,
did not object to the report and recommendation and the time for doing
so has expired.  The court, having fully reviewed the report and
recommendation and being duly advised in the premises, now finds that
the report and recommendation should be adopted as the opinion of the
court.

    Based on the foregoing, it ordered that the report and
recommendation of United States Magistrate Judge John C. Gargiulo be,
and the same is hereby, adopted as the findings of the court.  It
follows then that the government's motion to affirm is granted, such
that the action will be dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 12th day of December, 2019.


                    /s/ Tom S. Lee_____
                    UNITED STATES DISTRICT JUDGE